AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Maricilvia Segovia and
Neiares S. Singh

V.

Raymond LaChapelle

## SUMMONS IN A CIVIL CASE

CASE

**04-40246 FDS**

TO: (Name and address of Defendant)

Raymond LaChapelle
399 Stetson Road
Brooklyn, Connecticut

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin Kantrovitz, Esq.
Law Offices of Martin Kantrovitz
185 Devonshire Street, Suite 510
Boston, MA   02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

(By) DEPUTY CLERK

DATE  11-23-04

≫AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of Plaintiffs' Complaint and Summons (copy) was served by mailing via certified mail/return receipton January 5, 2005, addressed to Defendant, Raymond LaChapelle, 399 Stetson Road, Brooklyn, Connecticut. Service was accepted by Robert R. Lamothe on 1-12-05. (Original attached.)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES CM/RRR | TOTAL $4.65 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/21/05
              Date

Signature of Server   Martin Kantrovitz, Esq.

Law Offices of Martin Kantrovitz
185 Devonshire Street, Boston, MA   02110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.