```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

         CIVIL ACTION NO. 4:2004cv40246-FDS
```

MARICILVIA SEGOVIA and
NEIARES S. SINGH

VS                                      DEFENDANT'S ANSWER

RAYMOND LACHAPELLE


FIRST DEFENSE

    1.  The Defendant admits the allegations contained in paragraph 1.

    2.  The Defendant admits the allegations contained in paragraph 2.

    3.  The Defendant admits the allegations contained in paragraph 3.

    4.  The Defendant denies the allegations contained in paragraph 4.

    5.  The Defendant admits the allegations contained in paragraph 5 of Count I.

    6.  The Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 6 of Count I and therefore calls upon the Plaintiff to prove the same.

    7.  The Defendant denies the allegations contained in paragraph 7 of Count I.

    8.  The Defendant denies the allegations contained in paragraph 8 of Count I.

    9.  The Defendant admits the allegations contained in paragraph 9 of Count I.

    10.  The Defendant denies the allegations contained in paragraph 10 of Count I.

    11.  The Defendant denies the allegations contained in paragraph 11 of Count I.

SECOND DEFENSE

The Plaintiff was negligent causative of the accident and such negligence was greater than any negligence of the Defendant and therefore the Plaintiff is barred from recovery.

THIRD DEFENSE

The Plaintiff was negligent causative of the accident such that if the Defendant is found to be negligent to a degree equal to or greater than the Plaintiff then the plaintiff's negligence diminishes any damages to which the Plaintiff might otherwise be entitled.

FOURTH DEFENSE

The alleged accident was caused by one for whose conduct the Defendant is not responsible.

FIFTH DEFENSE

The Court lacks jurisdiction over the person of the Defendant and therefore the matter must be dismissed under Rule 12(b)(2).

Wherefore, the Defendant demands that the action be dismissed together with costs.

The Defendant hereby claims a trial by jury.

MILTON, LAURENCE & DIXON
Attorneys for Defendant

BY: s/ Gerard R. Laurence
Gerard R. Laurence, Esquire
100 Front Street, Suite 1510
Worcester, MA 01608
508-791-6386
BBO # 288220