UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  4:2004cv40246-FDS


MARICILVIA SEGOVIA and
NEIARES S. SINGH

VS

RAYMOND LACHAPELLE


CERTIFICATION
L.R.  16.1 (D) (3)


    We certify that Allstate Insurance Company, Insurer of
Raymond LaChapelle, and its counsel at Milton, Laurence and
Dixon have conferred to establish a budget for the full
litigation of the above captioned matter, as well as a budget
for the various alternatives.

    Further, Allstate Insurance Company, Insurer of Raymond
LaChapelle, and its counsel have discussed the resolution of
the litigation through the use of Alternative Dispute
Resolution programs and need to develop further information
before deciding whether the case is appropriate for
settlement, ADR or trial.


                              Respectfully submitted,
                              Raymond LaChapelle
                              By his attorneys,

                              _/s/ Gerard R. Laurence
                              Gerard R. Laurence, Esquire
On behalf of the Defendant,   Milton, Laurence & Dixon
Allstate Insurance Company,   100 Front Street, Suite 1510
Insurer of Raymond LaChapelle    Worcester, MA  01608
                              508-791-6386
BY:_/s/ Alison Cullinan__     BBO # 288220
Alison Cullinan