```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

            CIVIL ACTION NO. 4:2004cv40246-FDS
```

MARICILVIA SEGOVIA and
NEIARES S. SINGH

VS

RAYMOND LACHAPELLE

             DEFENDANT'S MOTION TO DISMISS
                  UNDER RULE 12(b)(2)

    The Defendant, Raymond LaChapelle, moves under Rule 12(b)(2) that this action be dismissed for the reason that the court lacks jurisdiction over the person of the defendant for the cause of action alleged.

```
                          MILTON, LAURENCE & DIXON
                          Attorneys for Defendant

                          BY: s/ Gerard R. Laurence
                          Gerard R. Laurence, Esquire
                          100 Front Street, Suite 1510
                          Worcester, MA 01608
                          508-791-6386
                          BBO # 288220
```