```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

         CIVIL ACTION NO. 4:2004cv40246-FDS
```

MARICILVIA SEGOVIA and
NEIARES S. SINGH

VS

RAYMOND LACHAPELLE

```
               MEMORANDUM IN SUPPORT OF
             DEFENDANT'S MOTION TO DISMISS
                  UNDER RULE 12(b)(2)
```

   This is an action arising out of a motor vehicle collision. The plaintiff's complaint sets forth the following salient facts:

   1.  The plaintiffs are both residents of Massachusetts (see paragraph 1 and 2 of Complaint).

   2.  The Defendant is a resident of Connecticut (see paragraph 3 of Complaint).

   3.  The automobile accident occurred in Connecticut (see paragraphs 5-8 of the Complaint).

   Clearly, this matter involves an accident which occurred in Connecticut.  The Defendant is a resident of Connecticut and under those circumstances the court does not have jurisdiction over the person of the Defendant in accordance with the provisions of Rule 12(b)(2).

```
                         MILTON, LAURENCE & DIXON
                         Attorneys for Defendant

                         BY: s/ Gerard R. Laurence
                         Gerard R. Laurence, Esquire
                         100 Front Street, Suite 1510
                         Worcester, MA 01608
                         508-791-6386
                         BBO # 288220
```