UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40246 FDS

```
* * * * * * * * * * * * * * * **
MARICILVIA SEGOVIA and          *
NEIARES S. SINGH                *
     Plaintiffs                 *
                                *   PLAINTIFFS' OPPOSITION TO
     vs.                        *   DEFENDANT'S MOTION TO
                                *   DISMISS UNDER RULE 12(b)(2)
RAYMOND LACHAPELLE              *
     Defendant                  *
* * * * * * * * * * * * * * * **
```

Now come the Plaintiffs, Maricilvia Segovia and Neiares S. Singh, and hereby oppose the Defendant's Motion to Dismiss for Lack of Jurisdiction. As grounds therefore, Plaintiffs state that this Court has jurisdiction over this case pursuant to 28 U.S.C. §1332(a)(1), because the Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Moreover, the Plaintiffs rely on the attached Memorandum in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss under Rule 12(b)(2).

RESPECTFULLY SUBMITTED,
BY Plaintiff's Attorney:

_____
MARTIN KANTROVITZ, ESQ.
LAW OFFICES OF MARTIN KANTROVITZ
185 Devonshire Street
Boston, MA 02110
(BBO #258200)
(617-426-3050)