```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

Segovia, et al.,
    Plaintiff(s)

    v.                                CIVIL ACTION
                                      NO. 04cv40246-FDS

LaChapelle,
    Defendant(s)

## ORDER FOR TRANSFER

SAYLOR, D.J.

    In accordance with this Court's Memorandum and Order dated 3/22/05, it is hereby ORDERED that the above-entitled action be and hereby is TRANSFERRED to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1404(A) and 28 U.S.C. §1406(a) for all further proceedings.

                                            By the Court,


                                            /s/ Martin Castles
                                            Deputy Clerk

Date: March 22, 2005