**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US District Court
   400 Main St
   Hartford, CT 06103

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): M. Shatraw
B. Date of Delivery: 3/25/05
C. Signature: X ____ □ Agent  □ Addressee
D. Is delivery address different from item 1? □ Yes   □ No
   If YES, enter delivery address below:

   SMG

3. Service Type
   ☑ Certified Mail  □ Express Mail
   □ Registered     □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)  □ Yes

2. Article Number (Copy from service label)
   7004 0750 0002 7863 5183

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

04-40246